AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 3:18mj 400 | Date and time warrant executed: 05/30/2018 06:00AM | Copy of warrant and inventory left with: TOMMIE HETZEL |

Inventory made in the presence of: FBI PERSONNEL

Inventory of the property taken and name of any person(s) seized:

SEE ATTACHED LOG OF ITEMS SEIZED.
10 pages

MJH

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 AUG 14 PM 1:31
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/13/2018

_Michael Herwig_
Executing officer's signature

SPECIAL AGENT MICHAEL HERWIG, FBI
Printed name and title

# UNITED STATE DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION

Receipt for Property    Received/Returned/Released/Seized

File #: 266N-CI-2610344

On (date) 5/30/2018

item(s) listed below were:
- ☐ Received From
- ☐ Received To
- ☐ Released To
- ☒ Seized

(Name) Tomàe Hefeed
(Street Address) 1495 InFirmary Rd
(City) Miamisburg, OH

### Description of Item(s):

1x Magazine, black and silver in color, containing 15 9mm rounds

1x Magazine, black in color, containing 10 mm rounds

Holster, black in color w/magazine inserted

Pistol, black and silver in color, marked Smith and Wesson, HFJ3544, 9mm

DNA swabs-From Item 3

5x Winchester AA plus 3-1 1/8-8 Trap

5x *O.A.T.H* 12GA

NZ661938, H&R 1871 llc, Pardner pump 12 GA

DNA swab from Item 6

5 12 GA. shotgun rounds

Escort 12 GA shotgun, 311093

12369841 Marlin firearms, Model 60, 22LR

DNA swabs from Item 10

Winchester M59 12 GA, 5397

Turkish bolt action rifle

DNA swab from Item 13

Turkish bolt action rifle, 20075

Bolt action rifle w/scope, M53, S/N 3091182, 7.62

DNA swabs from Item 16

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property   Received/Returned/Released/Seized

**File #: 266N-CI-2610344**

| |
|---|
| Black mag of 7.62 x 54 (Item 16) |
| DNA swabs from Item 18 |
| FEG 9x18 pistol in cigar box with fishing license |
| DNA swabs from Item 20 |
| 2 mags 9x18 ammo |
| Smith and Wesson M&P 15, SW 61220, 5.56 |
| Mag of .223, blue in color (from Item 23) |
| .22 Rifle, 22 long and 22 short long |
| DNA swabs from Item 25 |
| Henry 30 30 lever action, TTB 036174 |
| DNA swabs from Item 27 |
| Ruger 10/20 rifle, 002 20331 |
| Magazine for Ruger 10/22 |
| DNA swabs from Item 29 |
| Springfield 22 rifle |
| Savage Arms 22 cal rifle, P947513 |
| Marlin Model 60, 22LR, SW 01119073 w/scope |
| Black 22 rifle, SN GR14947 |
| Winchester model 290 w/scope, 22LR, SN B869585 |
| Winchester 22 LR Model 190, SN B1379480 |
| Mossberg 22 cal rifle, SN ECC 094555 |
| Savage 22 caliber rifle, 0159307 |
| one magazine containing 2 live 22 caliber rounds |
| Sig Sauer P250, black in color, EAU014392 |
| DNA swabs from Item 41 |
| 161-86440, Ruger Security-Six .357 Magnum |
| DNA swabs for Item 43 |
| Marlin Model 750, Serial 13466276, 22 cal |

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property   Received/Returned/Released/Seized

**File #: 266N-CI-2610344**

| |
|---|
| Western Field Model M815, 22cal, |
| Stevens Savage Arms Corporation, Model 820B |
| U27990 Mod Rg26, Cal 25 |
| DNA swabs from item 48 |
| 12- 40 cal rounds |
| 1- 7.62 rounds |
| 1x magazine found in Sig Sauer P250, EAU014392 |
| 1x magazine found in Mod RG26, U227990 |
| 4x ww 25 auto rounds |
| ZTE cellular phone, model Z956, IMEI 861170032629072, SN 320274421041, with wall charger and power cord |
| Sears and Roebuck, Model 20 583-56 |
| Serial C321076, Winchester model 370 |
| Remington 22 Score Master, SN 9265 |
| 7.62 x 54 bolt action, SN 87358 |
| NE Firearms, NN 310047 |
| Bolt action rifle 7.62, SN 448335 |
| Bolt action rifle, SN 52697 |
| 7.62 x 54 bolt action rifle, SN 194863 |
| Bolt action rifle, SN 8016767 |
| 7.62 x 54 bolt action rifle, SN A53065 |
| Bolt action rifle 7.62, SN CP 4741 |
| Armi Jager M AP74, SN 82306 |
| SKS 7.62 39 mm rifle, serial number 11513682, black in color |
| Intrac Arms shotgun, serial number 9900717 |
| PW Arms 7.62 x 54 bolt action rifle, serial number 158238 |
| China M53 bolt action 7.62 x 5R rifle, serial number 1397672 |
| Upland Game shotgun, Western Arms Corp,, no visible serial number |
| PW Arms, Redmond Wa, M91, rifle, serial number on weapon of Russian RMN008166; serial number on bold of 154666, with strap |
| J Stevens Arms Company, Model 39, .410 shotgun, no serial number |

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property　Received/Returned/Released/Seized

**File #: 266N-CI-2610344**

| |
|---|
| Champion 12-gauge shotgun, Iver Johnson Arms and Cycle Works, Pitchburg, MA, serial number GHFI |
| Daisy 22-caliber rifle, Model 2202, manufacturer in Rogers, Arkansas, serial number AB0015241 |
| Black rifle, no make/model, on barrel - 842-5, with Simmons scope |
| Winchester Model 190 rifle, serial number 604031, with Tasco scope |
| Ranger 22-caliber rifle, no visible serial number |
| M91-30 bolt-action rifle, serial number 9130422281 |
| Bolt-action rifle, serial number BE7382, with sling |
| J Stevens Arms and Tools single-shot shotgun, V732 written on stock |
| Bolt-action rifle, serial number 4030509, C.A.I. Goergia, VT, China M53, 7.62x54R, with attached bayonet and sling |
| Arms Corporation, Philippines, Model 1600, 22-caliber rifle, imported by Arms Corp Precision Inc in Sacramento, CA; serial number A425906, with sling |
| Mossberg International Model 715T 22-caliber long rifle,;made by Mossberg International; with Aim Sports scope, handgrip, laser sight, and sling; serial number ELH3468706 |
| 22-caliber Mossberg International 715T rifle, serial number ELL3594691, with folding grip and sling |
| Stevens Savage Arms Corp shotgun, no visible serial number |
| Western Field 12-gauge shotgun, serial number 17444B |
| Winchester Model 370, 410-gauge shotgun, serial number 3179908 |
| Remington Model 11 shotgun, 12-gauge, serial number 364292 |
| Western Field shotgun, 12-gauge, serial number 66290 |
| Glenfield, Mod 10, 22-caliber rifle, serial number 72380331 |
| Knight .50-caliber rifle, serial number 294751, with scope |
| SKS 762 rifle, Norinco Poly USA, serial number 22004286L, with sling |
| Remington rifle, Armory 1917, serial number 529738 |
| Remington 22 short long rifle, Model 34, serial number 125861 |
| Noble Model 60H shotgun, no visible serial number |
| Marlin 22 caliber SN 18263251 |
| Wooden Gun Crate, color green |
| Best Royer 9mm rifle, 20162 |

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property   Received/Returned/Released/Seized

**File #: 266N-CI-2610344**

| |
|---|
| Empty magazine |
| New England Firearms 410-shotgun, serial number NR384028 |
| Norinco 7.62 rifle, serial number 016083, with 4x28 scope and sling |
| Magazine with live rounds of ammunition |
| 45-caliber Super Comanche handgun, serial number 151939 |
| Rock Island AK47, SN R1A1576352 |
| Norinco with Leapers 4x28 scope, SN 21061985 |
| Bolt action rifle 1953, with sling, SN BF2243 |
| Andrews 303 bolt-action rifle, serial number 1843 |
| Western Auto 12 gauge shotgun, SN H047872 |
| J Stevens Marksman 12 rifle, no visible serial number |
| New England Firearms Pardner Model SB1 410-gauge shotgun, serial number NF221098 |
| Bridge Gun Company 410-gauge shotgun, serial number A798814 |
| EAA Corp Baikal 410-gauge shotgun, serial number IZH18EMM |
| JC Higgins Model 58316 12-gauge shotgun, no visible serial number |
| Smith and Wesson 22-caliber rifle, Model M&P13-22, serial number DZT0041 |
| 7.62x54R bolt-action rifle, serial number 9766 |
| 7.62 bolt-action rifle, serial number 203592 |
| JC Higgins12-gauge shotgun, Model 583.17, no visible serial number |
| 22-caliber single-shot rifle, H Pieper, serial number A548 |
| M44 Russian 7.62x54R rifle, serial number NR6643, with bayonet and sling |
| Bolt-action rifle, no visible identifiers |
| Bryco Arms Jennings Jr. 22-caliber rifle, serial number 1036391 |
| Harrington & Richardson Topper Model 158 20-gauge shotgun, serial number AL249660 |
| Savage Arms Model 220A 16-gauge shotgun, no visible serial number |
| Glenfield Model 60 .22-caliber rifle, serial number 25250236 |
| Iver Johnson Break Action pistol, serial number 74497 |
| Remington 12-gauge double barrel shotgun, serial number 0648205R |

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

**File #: 266N-CI-2610344**

| |
|---|
| Central Arms Company 16-gauge shotgun, serial number obliterated |
| Mossberg 20-gauge shotgun, serial number R339815 |
| Stevens Model 67L 12-gauge shotgun, serial number E795093 |
| UMC .22-caliber bolt-action rifle, serial number 1957-15932, with sling |
| Hopkins & Allen Manufacturing Company (1986) single-shot shotgun, no visible serial number |
| Sears Model 54 3030-caliber rifle, serial number 28804 |
| Harrington and Richardson Topper Model 148 shotgun, no visible serial number |
| MAR Model SM84 22-caliber rifle, serial number 31365 |
| Pardner 20-gauge shotgun, serial number CAC180345 |
| Iver Johnson single-shot 26-gauge shotgun, serial number G11F |
| Brazilian 20-gauge shotgun, serial number 558162 |
| Verney Carron 410-gauge shotgun, Snake Charmer II, serial number 4295 |
| US Field single-shot shotgun, 16-gauge, no visible serial number |
| J Stevens Arms 20-gauge shotgun, no visible serial number |
| SS Kresge 20-gauge shotgun, serial number 738952 |
| New England Firearms 20-gauge shotgun, serial number NP277237 |
| New England Firearms 20-gauge shotgun, serial number ND238327 |
| Heritage Rough Rider 22-caliber revolver, serial number T05558 |
| Six 22-caliber rounds of ammunition |
| Mossberg Model 395KB 12-gauge shotgun, serial number 674358 |
| Black magazine (empty) |
| Helwan black 9mm pistol, serial number 1045681 |
| Magazine containing 9 mm rounds of ammunition |
| Remington UMC 380-caliber pistol, serial number PA49779 |
| Magazine containing one round of ammunition |
| Smith and Wesson Model SD40VE pistol, serial number HEN3642 |
| Woodsman Automatic 22-caliber Colt long rifle, serial number 151772 |
| Smith and Wesson Model 39-2 pistol, serial number A234978 |

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property    Received/Returned/Released/Seized

**File #: 266N-CI-2610344**

| |
|---|
| Smith and Wesson SW40VE pistol, serial number RAZ1157, 40-caliber |
| Magazine containing ammunition |
| Taurus PT92 pistol, serial number TIK01621 |
| Magazine with 15 rounds of ammunition |
| Raven Arms 25-caliber pistol, serial number 1105452 |
| Magazine containing ammunition |
| Forehand revolver, serial number 206396 |
| Super Comanche 45-caliber pistol, serial number 140840 |
| 1895 Russia revolver, serial number 189524141 |
| Lorcin 25-caliber pistol, Model L25, serial number A022467 |
| Empty magazine |
| Beretta Model 21A 22-caliber pistol, serial number DAA082619 |
| Magazine containing ammunition |
| Gecado Model 11 25-caliber pistol, made in Germany, serial number 43955 |
| Magazine containing ammunition |
| Hopkins Allen revolver, 22-caliber, no visible serial number |
| PIC 22-caliber revolver, serial number P9226 |
| Five 22-caliber rounds of ammunition |
| Young America revolver, no visible serial number |
| Six rounds of ammunition |
| Cobray break action 45-caliber pistol, Model DD, serial number M00010045, manufactured by Leinad Inc in Ducktown, TN |
| Remington 76 mm round of ammunition |
| US Revolver Company revolver, serial number 12208 |
| Seven 22-caliber rounds of ammunition |
| RG IND (Miami, Florida) Model RG 25-caliber pistol, serial number 030521 |
| Magazine containing seven rounds of 25-caliber ammunition |
| Jennings T380 380-auto pistol, serial number 1269087 |

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

**File #: 266N-CI-2610344**

| |
|---|
| Magazine containing 6 rounds of Winchester 380-caliber ammunition and one round of Hornady 380-caliber ammunition |
| H&R Arms 922 (Worchester, MA) revolver, 22-caliber ,serial number F9472 |
| Four 22-caliber rounds of ammunition |
| H&K Arms 22-caliber rim fire revolver ,Trapper model, serial number 147674 |
| Stars Samurai Edge pistol, serial number H29588K |
| Harrington & Richardson revolver, no visible serial number |
| H&R Arms 38-caliber revolver, serial number 38126 |
| Smith & Wesson Air Weight 38-special revolver, serial number 27141 |
| River Johnsons revolver, serial number 64365 |
| Smith & Wesson revolver, serial number 30334 |
| Rossi 410-gauge shotgun, serial number 5411220BS |
| 500 rounds of 7.62x39 mm Centerfire ammunition in boxes |
| Mixed ammunition and magazines |
| Shotgun shells and rifle 5.56 rounds in magazine |
| Mixed ammunition and magazines |
| Mixed ammunition |
| Green rusted ammunition can containing 7.62x39 ammunition |
| Sportsman Dry box containing various caliber ammunition |
| Ammunition can containing 7.62 and 3.08 ammunition |
| Sportsman Dry box containing 7.62x39 ammunition |
| Green ammunition can containing 7.62x54R ammunition |
| Green ammunition can containing 410 gauge ammunition |
| Ammunition can containing 12-gauge ammunition |
| Green ammunition can containing 45-auto, 380-auto, 38-special, and 38 Smith and Wesson ammunition |
| Green ammunition can containing various caliber ammunition |
| Green ammunition can containing 9 mm Luger ammunition |
| Green ammunition can containing 9 mm Luger ammunition |
| Green ammunition can containing 7-30 Water Federal ammunition |

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property　　Received/Returned/Released/Seized

**File #: 266N-CI-2610344**

| |
|---|
| Green ammunition can containing lableted 7.62 |
| Sportsman Dry box containing 5.56 mm ammunition |
| Green ammunition can containing 22-caliber ammunition |
| Green ammunition can marked "Misc." containing various caliber ammunition |
| Green ammunition can containing 16-gauge ammunition |
| Green ammunition can containing 9 mm Makarov ammunition |
| One ammunition box with 22-caliber ammunition |
| Green ammunition can containing 8 mm Mauser ammunition, 7.62 mm ammunition, and 32-caliber ammunition |
| Green ammunition can containing .38-special ammunition |
| Green ammunition can containing 20-gauge ammunition |
| Green ammunition can containing 20-gauge ammunition |
| Brown ammunition can containing .22 long rifle and .38-.347 Magnum ammunition |
| Green ammunition can containing .38-short ammunition |
| Green ammunition can containing .22-caliber LR ammunition |
| .410 ammunition can |
| Ammunition can containing miscellaneous ammunition |
| Magazines with ammunition |
| Mixed ammunition and magazines |
| Crate containing 7.62 ammunition |
| Crate containing 7.62 ammunition |
| Crate containing 7.62 ammunition |
| Mixed ammunition and magazines |
| Green ammunition can containing 5.56 ammunition |
| Green ammunition can containing .40-caliber Smith and Wesson ammunition |
| Green ammunition can marked "slugs" containing various gauge ammunition |
| Green ammunition can containing .25-auto ammunition |
| Wooden box containing .357, .25, shotgun shells, 35 Remington, and other ammunition |
| Four boxes of shotgun shells |

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION

Receipt for Property    Received/Returned/Released/Seized

**File #: 266N-CI-2610344**

| |
|---|
| Acer laptop, serial number LXAZN0Y002902151160 |
| Systemax desktop computer, serial number 106238257 |
| Miscellaneous ammunition including 7 mm Mauser ammunition, 12-gauge shotgun shells, .22 rifle ammunition, and 16-and 20-gauge shotgun shells |
| Magazine containing eight 9-mm Luger rounds |
| Empty magazine |
| Round of Makarov Wolf ammunition |
| Empty magazine |
| Empty magazine |
| Five round of ammunition - M44 Russian 7.62x54 |
| One Winchester .410 round of ammunition |
| Smith and Wesson magazine containing 14 rounds of Winchester.40 S&W ammunition |
| Empty magazine |
| One .410 shotgun shell |

Received By _[signature]_    Received From _Tyler Freeman_
(signature)                  (signature)